# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN SLINGS | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00451 JAO-WRP |
| V. | |
| SUBARU HYUNDAI CORPORATION BIG ISLAND MOTORS | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Dec 12, 2023, 4:33 pm Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order (1) Denying Application to Proceed in District Court Without Prepaying Fees or Costs and (2) Dismissing First Amended Complaint With Leave to Amend", ECF No. 12, filed on November 15, 2023 and the "Order Dismissing Action", ECF No. 14, filed on December 12, 2023.

| | |
|---|---|
| December 12, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |